# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

A. JOSEPH RAETANO,

     Plaintiff,

v.                                 Case No.  8:09-cv-330-T-30TBM

CHAMPION SC, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

     Before the Court is the Joint Stipulation for Dismissal With Prejudice (#12).  Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on July 7, 2009.

                        _____
                        JAMES S. MOODY, JR.
                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2009\09-cv-330.dismissal 12.wpd